## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **EBONY HALL** ) | **Case Number: 11-CV-2149** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **AMIN RECOVERY, LLC** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Ebony Hall, pursuant to Rule 41(a)(1)(i)

of the Rules of the United States District Court, hereby dismiss the action captioned

above, with prejudice.

Warren & Vullings, LLP

BY:  /s/  Brent F. Vullings
 Brent F. Vullings, Esquire
 Attorney for Plaintiff
 Attorney I.D. #92344
 Warren & Vullings, LLP
 93 Old York Road
 Suite 333
 Jenkintown, PA 19046
 215-745-9800