## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBONY HALL ) | Case Number: 11-CV-2149 |
| Plaintiff ) | |
| vs. ) | |
| AMIN RECOVERY, LLC ) | |
| Defendant ) | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Ebony Hall, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above, with prejudice.

Warren & Vullings, LLP

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA 19046
215-745-9800

SO ORDERED:
8/16/2011



USDJ